**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE ANN RICHARDS,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of the Social<br>Security Administration,<br><br>　　　　　　　　Defendant. | 3:20-cv-0598-CLB<br><br>**ORDER** |

On October 23, 2020, the court granted plaintiff's application to proceed *in forma pauperis* (ECF No. 3). In order to complete service of process, plaintiff was ordered to complete USM-285 service forms and return them to the U.S Marhsal. (*Id.*) To date, plaintiff has failed to do so. The court will grant plaintiff another opportunity to complete service of process as follows.

The clerk of the court shall issue summons to the following:

　　　　　　　　Andrew Saul, Commissioner
　　　　　　　　Social Security Administration
　　　　　　　　Office of General Counsel
　　　　　　　　Room 611 Almeyer Building
　　　　　　　　6401 Security Boulevard
　　　　　　　　Baltimore, MD  21235

　　　　　　　　U.S. Attorney General
　　　　　　　　U.S. Department of Justice
　　　　　　　　Ninth and Pennsylvania
　　　　　　　　Washington, D.C.  20530

　　　　　　　　United States Attorney
　　　　　　　　400 S. Virginia Street, Suite 900
　　　　　　　　Reno, Nevada 89501

The clerk shall deliver the summons and sufficient copies of the complaint to the U.S. Marshal for service. The clerk shall send plaintiff sufficient copies of service of process forms (USM-285) for each defendant. Plaintiff shall have twenty (20) days in which to return to the required forms USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501.

If plaintiff fails to follow this order, the above-named defendant will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**DATED:** January 19, 2021      .

_____
**UNITED STATES MAGISTRATE JUDGE**

2