NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINE RICHARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:20-cv-00598-CLB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

In the process of preparing the certified administrative record in this case, Defendant has learned that nine of the record exhibits containing medical records do not belong to the Plaintiff in this matter.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for removal of the aforementioned exhibits and a *de novo* hearing and new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: February 16, 2021                Respectfully submitted,

                                        ROHLFING & KALAGIAN, LLP

                                        */s/ Marc V. Kalagian*
                                        MARC V. KALAGIAN
                                        (*as authorized via email on February 16, 2021)
                                        Attorney for Plaintiff


Dated: February 16, 2021                Respectfully submitted,

                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                        */s/ Allison J. Cheung*
                                        ALLISON J. CHEUNG
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


                                        IT IS SO ORDERED:
                                        _____
                                        HON. CARLA BALDWIN
                                        UNITED STATES MAGISTRATE JUDGE

                                        DATED: February 17, 2021

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc Kalagian
marc.kalagian@rksslaw.com,
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 16, 2021

> */s/ Allison J. Cheung*
> ALLISON J. CHEUNG
> Special Assistant United States Attorney